No. 05–629. MUEGLER *v.* BENING ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–640. BELLUM *v.* PCE CONSTRUCTORS, INC. C. A. 5th Cir. Certiorari denied.

No. 05–641. ALLEN ET AL. *v.* BUNKER HILL TOWNSHIP, MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–649. HUMPHREY *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 05–659. WHITE-BATTLE *v.* DEMOCRATIC PARTY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–701. LEMP, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LEMP, DECEASED, AND AS NEXT FRIEND OF LEMP ET AL., MINOR CHILDREN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–765. LEONARD *v.* GOSS, DIRECTOR OF CENTRAL INTELLIGENCE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–767. BURSEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5178. WATSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 05–6417. GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6563. MINTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6575. CHAPA *v.* UNITED STATES; and
No. 05–7364. GARCIA QUIROZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6624. CADET *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6945. EBERSOLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.